# Court of Appeals
# of the State of Georgia

ATLANTA,   September 15, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0223. NATCHEZ TRACE DEVELOPMENT, INC. et al. v. MULTIBANK 2009-1 RES-ADC VENTURE, LLC.

Multibank 2009-1 RES-ADC Venture, LLC filed a lawsuit against defendants Natchez Trace Development, Inc. and Winston J. Deloney following their defaults on a promissory note and guaranty.  After service by publication, Natchez and Deloney failed to appear and the trial court entered a default judgment in favor of Multibank. Deloney filed a motion to set aside the default judgment under OCGA § 9-11-60 (d). The trial court denied the motion, and Natchez and Deloney filed this direct appeal. Pretermitting whether Natchez is a proper party to this appeal, we lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (8), an appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review.  See *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).  Natchez and Deloney's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   09/15/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*